1 | Chad E. Starkey (#196170)
BOWMAN AND BROOKE LLP
2 | 1741 Technology Drive, Suite 200
San Jose, CA 95110-1355
3 | Telephone: (408) 279-5393
Facsimile: (408) 279-5845
4 |

E-filing



ORIGINAL
FILED
JAN - 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

5 | Attorneys for Defendant,
Kay Chemical Company

6

7

8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | RENE FLORES                    ) Case No. **C07-00038**
                                   )
12 |         Plaintiff,            ) [State Case No. RG06297393]
                                   )
13 | vs.                           ) **DEFENDANT KAY CHEMICAL**
                                   ) **COMPANY'S NOTICE OF REMOVAL**
14 | KAY CHEMICAL COMPANY, and      ) **UNDER 28 U.S.C. § 1441 (b)**
     Does 1 – 100                  ) **(Diversity)**
15 |                               )
                                   )
16 |         Defendants.           )
     _____)

17

18 | TO THE CLERK OF THE ABOVE-ENTITLED COURT:

19 |        Defendant Kay Chemical Company ("Kay Chemical" or "Defendant") hereby

20 | removes this action to this Court pursuant to 28 U.S.C. §§ 1441 and 1446, and as

21 | grounds for this removal state as follows:

22 |        1.     On or about December 5, 2006, Kay Chemical was served with a

23 | Summons and Complaint in a case filed in the Superior Court of the State of California

24 | in a for the County of Alameda, entitled *Rene Flores v. Kay Chemical Company, et al.*,

25 | Case No. RG06297393. The Summons and Complaint are attached hereto as Exhibit

26 | "A".

27 | ///

28

2.      In accordance with 28 U.S.C. §1446(b), this Notice of Removal has been filed within thirty (30) days after receipt by Defendant, through service or otherwise, of a copy of Plaintiff's Complaint.

3.      No other process, pleadings or orders have been served on Defendant.

4.      This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. §1332, because Plaintiff and Defendant are citizens of different states and the amount in controversy in this action exceeds $75,000, exclusive of interest, attorneys' fees and costs.

5.      Although the form Complaint does not specifically allege that Plaintiff is a citizen and resident of California, Defendant Kay Chemical believes that since Plaintiff was employed at the Oakland Airport Hilton in Oakland, California, he was a citizen and resident of the State of California.  Upon information and belief, Plaintiff was not a citizen or resident of North Carolina.

6.      Kay Chemical is incorporated under the laws of North Carolina with its principal place of business in Greensboro, North Carolina.  At the time Plaintiff commenced this action and as of the date of this Notice, Kay Chemical was incorporated under the laws of North Carolina with its principal place of business in Greensboro, North Carolina.  Kay Chemical is not incorporated or headquartered in any other state.

7.      The Complaint does not state the total amount of damages Plaintiff is claiming.  *See,* Summons and Complaint, attached hereto as Exhibit "A".  Plaintiff's Complaint does state that he is making a claim for negligence and products liability resulting in personal injuries, hospital stay/charges, lost wages and other unspecified damages.  In all, Plaintiff is making serious allegations.  In addition, Kay's experience with "chemical exposure" cases in California leads it to reasonably believe that Plaintiff is and will be claiming greater than $75,000.

8.     Consequently, there is now – and there was at the time of commencement of this lawsuit – complete diversity of citizenship among the parties with an amount in controversy in excess of the jurisdictional minimum of this Court. Therefore, this Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1332, and this case is within this Court's removal jurisdiction pursuant to 28 U.S.C. § 1441 (a) and (b).

9.     In accordance with 28 U.S.C. § 1446(d), Defendants have filed a copy of this Notice with the Clerk of Alameda County Superior Court to effect this removal.

WHEREFORE, Defendant hereby removes this action to this Court for all future proceedings and trial.

Dated: January 3, 2007                          BOWMAN AND BROOKE LLP

                                                Chad E. Starkey
                                                Attorneys for Defendant
                                                Kay Chemical Company

DEFENDANT'S NOTICE OF REMOVAL

EXHIBIT A

DEC 05 2006

12:3

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Kay Chemical Company, and Does 1-100

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Rene Flores

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA<br>Rene C. Davidson Branch<br>1225 Fallon Street, Oakland, CA 94612 | CASE NUMBER:<br>*(Número del Caso):*<br>RG06297393 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
James L. Armstrong (Bar # 87797)                          Phone No, (510) 465-1500
Law Offices of Steven R. Jacobsen
901 Clay Street, Oakland, CA 94607

DATE:
*(Fecha)* NOV -8 2006   **PAT S. SWEETEN**   Clerk, by _____, Deputy
                         *(Secretario)*                    *(Adjunto)*

Executive Officer/Clerk of the Superior Court
E. BAKER

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED: You are served**
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☒ on behalf of *(specify):* Kay Chemical Company.
   under: ☒ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
   ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 (Rev. January 1, 2004)

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

*LexisNexis® Automated California Judicial Council*

982.1(1)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| — James L. Armstrong (State Bar # 87797)<br>Law Offices of Steven R. Jacobsen<br>901 Clay Street<br>Oakland, California 94607<br>TELEPHONE NO: (510) 465-1500    FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Rene Flores, Plaintiff | ENDORSED<br>FILED<br>ALAMEDA COUNTY<br><br>NOV - 8 2006<br><br>CLERK OF THE SUPERIOR COURT<br>By E. BAKER<br>Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland 94612
BRANCH NAME: Rene C. Davidson

PLAINTIFF: Rene Flores

DEFENDANT: Kay Chemical Company and Does 1-100

[X] DOES 1 TO    100

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ]    AMENDED *(Number)*:
Type *(check all that apply)*:
[ ] MOTOR VEHICLE    [X] OTHER *(specify)*: Gen'l Negl and Prod Lia
  [ ] Property Damage    [ ] Wrongful Death
  [X] Personal Injury    [X] Other Damages *(specify)*: According to proof.

Jurisdiction *(check all that apply)*:
[ ] ACTION IS A LIMITED CIVIL CASE
  Amount demanded    [ ] does not exceed $10,000
    [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
  [ ] from limited to unlimited
  [ ] from unlimited to limited

CASE NUMBER:
RG06297393

1. Plaintiff *(name or names)*: Rene Flores

alleges causes of action against defendant *(name or names)*: Kay Chemical Company and Does 1-100

2. This pleading, including attachments and exhibits, consists of the following number of pages: 5
3. Each plaintiff named above is a competent adult
  a. [ ] except plaintiff *(name)*:
    (1) [ ] a corporation qualified to do business in California
    (2) [ ] an unincorporated entity *(describe)*:
    (3) [ ] a public entity *(describe)*:
    (4) [ ] a minor [ ] an adult
      (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
      (b) [ ] other *(specify)*:
    (5) [ ] other *(specify)*:
  b. [ ] except plaintiff *(name)*:
    (1) [ ] a corporation qualified to do business in California
    (2) [ ] an unincorporated entity *(describe)*:
    (3) [ ] a public entity *(describe)*:
    (4) [ ] a minor [ ] an adult
      (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
      (b) [ ] other *(specify)*:
    (5) [ ] other *(specify)*:

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
982.1(1) (Rev. January 1, 2005)

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

LexisNexis® Automated California Judicial Council Forms

982.1(1)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Flores v. Kay Chemical Company | |

4. ☐ Plaintiff *(name)*:
   is doing business under the fictitious name *(specify)*:

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant *(name)*: Kay Chemical Company    c. ☐ except defendant *(name)*:
      (1) ☒ a business organization, form unknown              (1) ☐ a business organization, form unknown
      (2) ☐ a corporation                                       (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:              (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:                       (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:                                  (5) ☐ other *(specify)*:

   b. ☐ except defendant *(name)*:                           d. ☐ except defendant *(name)*:
      (1) ☐ a business organization, form unknown              (1) ☐ a business organization, form unknown
      (2) ☐ a corporation                                       (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:              (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:                       (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:                                  (5) ☐ other *(specify)*:

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants *(specify Doe numbers)*: _____1-100_____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants *(specify Doe numbers)*: _____1-100_____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify)*:

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because *(specify)*:

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

*LexisNexis® Automated California Judicial Council Forms*

982.1(1)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Flores v. Kay Chemical Company | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. ☐ Motor Vehicle
   b. ☒ General Negligence
   c. ☐ Intentional Tort
   d. ☒ Products Liability
   e. ☐ Premises Liability
   f. ☐ Other *(specify)*:

11. Plaintiff has suffered
   a. ☒ wage loss
   b. ☐ loss of use of property
   c. ☒ hospital and medical expenses
   d. ☒ general damage
   e. ☐ property damage
   f. ☒ loss of earning capacity
   g. ☒ other damage *(specify)*:
      According to proof.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☐ punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
      (1) ☒ according to proof
      (2) ☐ in the amount of: $

15. ☒ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:
      GN-1 and Prod.L-1 through -7

Date: November 8, 2006

_____
James L. Armstrong
(TYPE OR PRINT NAME)

▶ _____
James L. Armstrong
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

*LexisNexis™ Automated California Judicial Council Forms*

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Flores v. Kay Chemical Company | |

| 1 | CAUSE OF ACTION—General Negligence | Page | 4 |
|---|---|---|---|
| (Number) | | | |

ATTACHMENT TO   [X] Complaint   [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Rene Flores

    alleges that defendant *(name):* Kay Chemical Company and Does 1-100

        [X] Does    1    to    100

    was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* November 9, 2004
at *(place):* Hilton Oakland Airport, 1 Hegenberger Road, Oakland, California

*(description of reasons for liability):*

Defendants negligently supplied dangerous dishwashing machines, dangerous detergent and other dangerous chemicals. Defendants negligently failed to warn and protect plaintiff. As part of his job with the hotel, plaintiff was using one of said dishwashers and was near the other said dishwashers. Plaintiff was using said detergent and other chemicals and was near others who were using them. As a result of defendants' negligence, plaintiff suffered the injuries and damages alleged herein.

Form Approved by the
Judicial Council of California
Effective January 1, 1982
Rule 982.1(9)
**Optional Form**

CAUSE OF ACTION—General Negligence

CCP 425.12

*LexisNexis™ Automated California Judicial Council Forms*

| SHORT TITLE: | | CASE NUMBER: |
|---|---|---|
| | Flores v. Kay Chemical Company | |

| 2 | CAUSE OF ACTION—Products Liability | Page 5 |
|---|---|---|
| (number) | | |

ATTACHMENT TO [X] Complaint [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* Rene Flores

Prod.L-1. On or about *(date):* November 9, 2004 plaintiff was injured by the following product:
Dishwashing machine, dishwashing detergent and other chemicals. Defendants supplied dangerous dishwashing machines, dangerous detergent and other dangerous chemicals. Defendants failed to warn and protect plaintiff. As part of his job, plaintiff was using one of said dishwashers and was near the other said dishwashers. Plaintiff was using said detergent and other chemicals and was near others who were using them. As a result, plaintiff suffered the injuries and damages alleged herein.

Prod.L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being
[ ] used in the manner intended by the defendants
[X] used in a manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod.L-3. Plaintiff was a
[X] purchaser of the product. [X] user of the product.
[X] bystander to the use of the product. [X] other *(specify):* According to proof.

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:

Prod.L-4. [X] Count One—Strict liability of the following defendants who
a. [X] manufactured or assembled the product *(names):* Kay Chemical Company and Does 1-100

[X] Does __1__ to __100__

b. [X] designed and manufactured component parts supplied to the manufacturer *(names):*
Does 1-100

[X] Does __1__ to __100__

c. [X] sold the product to the public *(names):* Kay Chemical Company and Does 1-100

[X] Does __1__ to __100__

Prod.L-5. [X] Count Two—Negligence of the following defendants who owed a duty to plaintiff *(names):*
Kay Chemical Company and Does 1-100

[X] Does __1__ to __100__

Prod.L-6. [X] Count Three—Breach of warranty by the following defendants *(names):* Kay Chemical Company and Does 1-100

[X] Does __1__ to __100__

a. [X] who breached an implied warranty
b. [X] who breached an express warranty which was
[X] written [X] oral

Prod.L-7. [X] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
[ ] listed in Attachment—Prod.L-7 [X] as follows: According to proof.

Form Approved by the
Judicial Council of California
Effective January 1, 1982
Rule 982.1(d)
Optional Form

CAUSE OF ACTION—Products Liability

CCP 425.12
LexisNexis® Automated California Judicial Council Forms

E-filing

1 | Chad E. Starkey (#196170)
BOWMAN AND BROOKE LLP
2 | 1741 Technology Drive, Suite 200
San Jose, CA 95110-1355
3 | Telephone: (408) 279-5393
Facsimile: (408) 279-5845
4 |
Attorneys for Defendant
5 | Kay Chemical Company

6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | RENE FLORES                              ) Case No. C07-00038
                                           )
11 |          Plaintiff,                    ) [State Case No. RG06297393]
                                           )
12 | vs.                                    )
                                           )
13 | KAY CHEMICAL COMPANY, and              ) CERTIFICATE OF SERVICE OF NOTICE
     Does 1 – 100                          ) TO ADVERSE PARTY OF REMOVAL TO
14 |                                        ) FEDERAL COURT
             Defendants.                    )
15 | _____ )

16 |        Chad E. Starkey certifies and declares as follows:

17 |        I am over the age of 18 years and not a party to this action,

18 |        My business address is Bowman and Brooke LLP, 1741 Technology Drive, Suite 200,

19 | San Jose, CA 95110, which is located in the city, county and state where the mailing described

20 | below took place.

21 |        On January 3, 2007, I deposited in the United States Mail at San Jose, California, a

22 | copy of the Notice to Adverse Party of Removal to Federal Court dated January 3, 2007, a copy

23 | of which is attached to this Certificate.

24 |        I declare under penalty of perjury that the foregoing is true and correct.

25 |        Executed on January 3, 2007.

26 |                                          Chad E. Starkey

27

28 | ::ODMA\PCDOCS\SJO\183236\1                    1
     CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

Chad E. Starkey (#196170)
BOWMAN AND BROOKE LLP
1741 Technology Drive, Suite 200
San Jose, CA 95110-1355
Telephone: (408) 279-5393
Facsimile: (408) 279-5845

Attorneys for Defendant
Kay Chemical Company

ENDORSED
FILED
ALAMEDA COUNTY

JAN -4 2007

CLERK OF THE SUPERIOR COURT
BY DOROTHY DUCKETT, DEPUTY

SUPERIOR COURT OF CALIFORNIA

COUNTY OF ALAMEDA

| | |
|---|---|
| RENE FLORES | Case No. RG06297393 |
| Plaintiff, | **NOTICE OF FILING NOTICE OF REMOVAL** |
| vs. | |
| KAY CHEMICAL COMPANY, and Does 1 – 100 | 28 U.S.C. §§ 1441 |
| Defendants. | |

TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE, pursuant to 28 U.S.C. § 1441, that Defendant Kay

Chemical Company has this date filed their Notice of Removal, a true and correct copy

of which is attached hereto, in the Office of the Clerk of the United States District Court

for the Northern District of California. You are also advised that Defendant, upon the

filing of its Notice of Removal, filed the original of this Notice of Filing Notice of

Removal, together with the referenced attachment, with the Clerk of this Court to effect

the removal in accordance with 28 U.S.C. § 1441.

Dated: January 3, 2007                    BOWMAN AND BROOKE LLP


                                          Chad E. Starkey
                                          Attorneys for Defendant
                                          Kay Chemical Company

::ODMA\PCDOCS\SJO\183181\1                    1
NOTICE OF FILING OF NOTICE OF REMOVAL

Chad E. Starkey (#196170)
BOWMAN AND BROOKE LLP
1741 Technology Drive, Suite 200
San Jose, CA 95110-1355
Telephone: (408) 279-5393
Facsimile: (408) 279-5845

Attorneys for Defendant,
Kay Chemical Company

*E-filing*



ORIGINAL
FILED

JAN - 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ADR

JSW

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE FLORES | Case No. C07-00038 |
| Plaintiff, | [State Case No. RG06297393] |
| vs. | **DEFENDANT KAY CHEMICAL COMPANY'S NOTICE OF REMOVAL UNDER 28 U.S.C. § 1441 (b) (Diversity)** |
| KAY CHEMICAL COMPANY, and Does 1 – 100 | |
| Defendants. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Defendant Kay Chemical Company ("Kay Chemical" or "Defendant") hereby removes this action to this Court pursuant to 28 U.S.C. §§ 1441 and 1446, and as grounds for this removal state as follows:

1.    On or about December 5, 2006, Kay Chemical was served with a Summons and Complaint in a case filed in the Superior Court of the State of California in a for the County of Alameda, entitled *Rene Flores v. Kay Chemical Company, et al.*, Case No. RG06297393. The Summons and Complaint are attached hereto as Exhibit "A".

///

2.    In accordance with 28 U.S.C. §1446(b), this Notice of Removal has been filed within thirty (30) days after receipt by Defendant, through service or otherwise, of a copy of Plaintiff's Complaint.

3.    No other process, pleadings or orders have been served on Defendant.

4.    This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. §1332, because Plaintiff and Defendant are citizens of different states and the amount in controversy in this action exceeds $75,000, exclusive of interest, attorneys' fees and costs.

5.    Although the form Complaint does not specifically allege that Plaintiff is a citizen and resident of California, Defendant Kay Chemical believes that since Plaintiff was employed at the Oakland Airport Hilton in Oakland, California, he was a citizen and resident of the State of California. Upon information and belief, Plaintiff was not a citizen or resident of North Carolina.

6.    Kay Chemical is incorporated under the laws of North Carolina with its principal place of business in Greensboro, North Carolina. At the time Plaintiff commenced this action and as of the date of this Notice, Kay Chemical was incorporated under the laws of North Carolina with its principal place of business in Greensboro, North Carolina. Kay Chemical is not incorporated or headquartered in any other state.

7.    The Complaint does not state the total amount of damages Plaintiff is claiming. *See,* Summons and Complaint, attached hereto as Exhibit "A". Plaintiff's Complaint does state that he is making a claim for negligence and products liability resulting in personal injuries, hospital stay/charges, lost wages and other unspecified damages. In all, Plaintiff is making serious allegations. In addition, Kay's experience with "chemical exposure" cases in California leads it to reasonably believe that Plaintiff is and will be claiming greater than $75,000.

8.    Consequently, there is now – and there was at the time of commencement of this lawsuit – complete diversity of citizenship among the parties with an amount in controversy in excess of the jurisdictional minimum of this Court. Therefore, this Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1332, and this case is within this Court's removal jurisdiction pursuant to 28 U.S.C. § 1441 (a) and (b).

9.    In accordance with 28 U.S.C. § 1446(d), Defendants have filed a copy of this Notice with the Clerk of Alameda County Superior Court to effect this removal.

WHEREFORE, Defendant hereby removes this action to this Court for all future proceedings and trial.

Dated: January 3, 2007                    BOWMAN AND BROOKE LLP

_____
Chad E. Starkey
Attorneys for Defendant
Kay Chemical Company

EXHIBIT A

DEC 05 2006

12:31

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Kay Chemical Company, and Does 1-100

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Rene Flores

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted puede usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
Rene C. Davidson Branch
1225 Fallon Street, Oakland, CA 94612

| CASE NUMBER:
*(Número de Caso):* | RG06297393 |

The name, address and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
James L. Armstrong (Bar # 87797)
Law Offices of Steven R. Jacobsen
901 Clay Street, Oakland, CA 94607

Phone No., (510) 465-1500

DATE:
*(Fecha)* NOV - 8 2006 **PAT S. SWEETEN**

Executive Officer/Clerk of the Superior Court
E. BAKER

Clerk, by _____, Deputy
*(Secretario)*                    *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED: You are served**
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* Kay Chemical Company.

   under: ☒ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 (Rev. January 1, 2004)

## SUMMONS

Code of Civil Procedure §§ 412.20, 465

*LexisNexis® Automated California Judicial Council*

982.1(1)

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and address):
James L. Armstrong (State Bar # 87797)
Law Offices of Steven R. Jacobsen
901 Clay Street
Oakland, California 94607
TELEPHONE NO: (510) 465-1500          FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Rene Flores, Plaintiff

FOR COURT USE ONLY
ENDORSED
FILED
ALAMEDA COUNTY
NOV - 8 2006
CLERK OF THE SUPERIOR COURT
By E. BAKER
                    Deputy

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** ALAMEDA
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland 94612
BRANCH NAME: Rene C. Davidson

PLAINTIFF: Rene Flores

DEFENDANT: Kay Chemical Company and Does 1-100

[X] DOES 1 TO    100

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] AMENDED (Number):
Type (check all that apply):
[ ] MOTOR VEHICLE    [X] OTHER (specify): Gen'l Negl and Prod Lia
    [X] Property Damage    [X] Wrongful Death
    [X] Personal Injury    [X] Other Damages (specify): According to proof.

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
    Amount demanded    [ ] does not exceed $10,000
                       [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
    [ ] from limited to unlimited
    [ ] from unlimited to limited

CASE NUMBER:
RG06297393

1. Plaintiff (name or names): Rene Flores

alleges causes of action against defendant (name or names): Kay Chemical Company and Does 1-100

2. This pleading, including attachments and exhibits, consists of the following number of pages: 5

3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor    [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor    [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Judicial Council of California
982.1(1) (Rev. January 1, 2005)
COMPLAINT—Personal Injury, Property
Damage, Wrongful Death
Page 1 of 3
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov
LexisNexis® Automated California Judicial Council Forms

| SHORT TITLE: | | 982.1(1) |
|---|---|---|
| | Flores v. Kay Chemical Company | CASE NUMBER: |

4. ☐ Plaintiff *(name):*
is doing business under the fictitious name *(specify):*

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
  a. ☒ except defendant *(name):* Kay Chemical Company c. ☐ except defendant *(name):*
    (1) ☒ a business organization, form unknown    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation    (2) ☐ a corporation
    (3) ☐ an unincorporated entity *(describe):*    (3) ☐ an unincorporated entity *(describe):*

    (4) ☐ a public entity *(describe):*    (4) ☐ a public entity *(describe):*

    (5) ☐ other *(specify):*    (5) ☐ other *(specify):*


  b. ☐ except defendant *(name):*  d. ☐ except defendant *(name):*
    (1) ☐ a business organization, form unknown    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation    (2) ☐ a corporation
    (3) ☐ an unincorporated entity *(describe):*    (3) ☐ an unincorporated entity *(describe):*

    (4) ☐ a public entity *(describe):*    (4) ☐ a public entity *(describe):*

    (5) ☐ other *(specify):*    (5) ☐ other *(specify):*


  ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
  a. ☒ Doe defendants *(specify Doe numbers):* _____1-100_____ were the agents or employees of other
    named defendants and acted within the scope of that agency or employment.
  b. ☒ Doe defendants *(specify Doe numbers):* _____1-100_____ are persons whose capacities are unknown to
    plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*


8. This court is the proper court because
  a. ☐ at least one defendant now resides in its jurisdictional area.
  b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
  c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
  d. ☐ other *(specify):*


9. ☐ Plaintiff is required to comply with a claims statute, and
  a. ☐ has complied with applicable claims statutes, or
  b. ☐ is excused from complying because *(specify):*

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

*LexisNexis® Automated California Judicial Council Forms*

| | | 982.1(1) |
|---|---|---|
| SHORT TITLE: | | CASE NUMBER: |
| Flores v. Kay Chemical Company | | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:

    a. ☐ Motor Vehicle
    b. ☒ General Negligence
    c. ☐ Intentional Tort
    d. ☒ Products Liability
    e. ☐ Premises Liability
    f. ☐ Other *(specify)*:

11. Plaintiff has suffered

    a. ☒ wage loss
    b. ☐ loss of use of property
    c. ☒ hospital and medical expenses
    d. ☒ general damage
    e. ☐ property damage
    f. ☒ loss of earning capacity
    g. ☒ other damage *(specify)*:
        According to proof.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are

    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for

    a. (1) ☒ compensatory damages
       (2) ☐ punitive damages
    The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
    (1) ☒ according to proof
    (2) ☐ in the amount of: $

15. ☒ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:
    GN-1 and Prod.L-1 through -7

Date: November 8, 2006

James L. Armstrong
(TYPE OR PRINT NAME)

*James L. Armstrong*
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

| SHORT TITLE: | | CASE NUMBER: |
|---|---|---|
| | Flores v. Kay Chemical Company | |

| 1 | CAUSE OF ACTION—General Negligence | Page 4 |
|---|---|---|
| (Number) | | |

ATTACHMENT TO  [X] Complaint   [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: Rene Flores

   alleges that defendant *(name)*: Kay Chemical Company and Does 1-100

   [X] Does ___1___ to ___100___

   was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant
   negligently caused the damage to plaintiff
   on *(date)*: November 9, 2004
   at *(place)*: Hilton Oakland Airport, 1 Hegenberger Road, Oakland, California

   *(description of reasons for liability)*:

Defendants negligently supplied dangerous dishwashing machines, dangerous detergent and other
dangerous chemicals. Defendants negligently failed to warn and protect plaintiff. As part of his job with
the hotel, plaintiff was using one of said dishwashers and was near the other said dishwashers. Plaintiff
was using said detergent and other chemicals and was near others who were using them. As a result of
defendants' negligence, plaintiff suffered the injuries and damages alleged herein.

Form Approved by the
Judicial Council of California
Effective January 1, 1982
Rule 982.1(9)
Optional Form

CAUSE OF ACTION—General Negligence

CCP 425.12

LexisNexis™ Automated California Judicial Council Forms

| SHORT TITLE: | | CASE NUMBER: |
|---|---|---|
| | Flores v. Kay Chemical Company | |

| | 2 | CAUSE OF ACTION—Products Liability | Page _5_ |
|---|---|---|---|
| | (number) | | |

ATTACHMENT TO [X] Complaint ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name)*: Rene Flores

**Prod.L-1.** On or about *(date)*:     November 9, 2004          plaintiff was injured by the following product:
Dishwashing machine, dishwashing detergent and other chemicals. Defendants supplied dangerous dishwashing machines, dangerous detergent and other dangerous chemicals. Defendants failed to warn and protect plaintiff. As part of his job, plaintiff was using one of said dishwashers and was near the other said dishwashers. Plaintiff was using said detergent and other chemicals and was near others who were using them. As a result, plaintiff suffered the injuries and damages alleged herein.

**Prod.L-2.** Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being

☐ used in the manner intended by the defendants
[X] used in a manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

**Prod.L-3.** Plaintiff was a
[X] purchaser of the product.               [X] user of the product.
[X] bystander to the use of the product.     [X] other *(specify)*: According to proof.

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:

**Prod.L-4.** [X] Count One—Strict liability of the following defendants who
    a. [X] manufactured or assembled the product *(names)*: Kay Chemical Company and Does 1-100

        [X] Does __1__ to __100__

    b. [X] designed and manufactured component parts supplied to the manufacturer *(names)*:
        Does 1-100

        [X] Does __1__ to __100__

    c. [X] sold the product to the public *(names)*: Kay Chemical Company and Does 1-100

        [X] Does __1__ to __100__

**Prod.L-5.** [X] Count Two—Negligence of the following defendants who owed a duty to plaintiff *(names)*:
    Kay Chemical Company and Does 1-100

        [X] Does __1__ to __100__

**Prod.L-6.** [X] Count Three—Breach of warranty by the following defendants *(names)*: Kay Chemical Company and
    Does 1-100

        [X] Does __1__ to __100__

    a. [X] who breached an implied warranty
    b. [X] who breached an express warranty which was
        [X] written   [X] oral

**Prod.L-7.** [X] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
        ☐ listed in Attachment—Prod.L-7  [X] as follows: According to proof.

Form Approved by the
Judicial Council of California
Effective January 1, 1982
Rule 982.1(d)
**Optional Form**

CAUSE OF ACTION—Products Liability

CCP 425.12
*LexisNexis® Automated California Judicial Council Forms*

Chad E. Starkey (#196170)
BOWMAN AND BROOKE LLP
1741 Technology Drive, Suite 200
San Jose, CA 95110-1355
Telephone: (408) 279-5393
Facsimile: (408) 279-5845

Attorneys for Defendant
Kay Chemical Company

ENDORSED
FILED
ALAMEDA COUNTY

JAN -4 2007

CLERK OF THE SUPERIOR COURT
BY DOROTHY DUCKETT, DEPUTY

SUPERIOR COURT OF CALIFORNIA

COUNTY OF ALAMEDA

| | | |
|---|---|---|
| RENE FLORES | ) | Case No. RG06297393 |
| | ) | |
| Plaintiff, | ) | |
| | ) | PROOF OF SERVICE |
| vs. | ) | |
| | ) | |
| KAY CHEMICAL COMPANY, and | ) | |
| Does 1 – 100 | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

1  carrier with delivery fees paid or provided for, addressed to the
   person on whom it is to be served, at the office address as last
2  given by that person on any document filed in the case and served
   on that person; otherwise, at that person's place of residence.

3

       _____  VIA FACSIMILE TRANSMISSION.  The document was served on all
4  parties in this action by causing a true copy of said document to
   be transmitted by facsimile to the number listed adjacent to the
5  name on this Proof of Service.  The transmission was reported as
   complete and without error.

6

       _____  VIA ELECTRONIC MAIL SERVICE.  The documents were served via
7  electronic mail service to Bradydesk@aol.com.

8       I declare under penalty of perjury under the laws of the

9  State of California that the foregoing is true and correct and

10 that this declaration was executed on January 3, 2007, at San

11 Jose, California.

12                         *Rebecca A. Fuller*
                          Rebecca A. Fuller

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                          PROOF OF SERVICE

1  Chad E. Starkey (#196170)
   BOWMAN AND BROOKE LLP
2  1741 Technology Drive, Suite 200
   San Jose, CA  95110-1355
3  Telephone:  (408) 279-5393
   Facsimile:  (408) 279-5845
4
   Attorneys for Defendant
5  Kay Chemical Company

6

7

8                  UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10 RENE FLORES                    )   Case No.  C-07-0038 JSW
                                  )
11           Plaintiff,           )   PROOF OF SERVICE
                                  )
12 vs.                            )
                                  )
13 KAY CHEMICAL COMPANY, and      )
   Does 1 – 100                   )
14                                )
             Defendants.          )
15 _____)

16

17

18

19

20

21

22

23

24

25

26

27

28

::ODMA\PCDOCS\SJO\183183\1                    1
                            Proof of Service

Rene Flores v. Kay Chemical Company
Case No. C 07-00038 JSW

PROOF OF SERVICE

I am over 18 years of age, not a party to this action and employed in San Jose, California at 1741 Technology Drive, Suite 200, San Jose, California 95110-1355.

On the date indicated below, I served the foregoing document described as:

**Order Setting Initial Case management Conference and ADR Deadlines; ECF Registration Information Handout**

on all parties in this action addressed as follows:

SERVICE LIST

Attorneys for Plaintiff

James L. Armstrong
Law Offices of Steven R. Jacobsen
901 Clay Street
Oakland, CA  94607
(510) 465-1500

___X__ VIA FIRST CLASS MAIL. I caused such envelope to be deposited in the mail at San Jose, California, in a sealed envelope with postage fully prepaid thereof. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. The mail is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

_____ VIA OVERNIGHT DELIVERY SERVICE. The documents were enveloped, properly labeled, and caused to be deposited into an overnight delivery (Federal Express, United Parcel Service, etc.) receptacle or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or a package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the office address as last given by that person on any document filed in the case and served on that person; otherwise, at that person's place of residence.

::ODMA\PCDOCS\SJO\183407\1                    1

1    _____ VIA FACSIMILE TRANSMISSION.  The document was served on all parties in this action by causing a true copy of said document to
2    be transmitted by facsimile to the number listed adjacent to the name on this Proof of Service.  The transmission was reported as
3    complete and without error.

4    _____ VIA ELECTRONIC MAIL SERVICE.  The documents were served via electronic mail service to Bradydesk@aol.com.

     I declare under penalty of perjury under the laws of the
6
     State of California that the foregoing is true and correct and
7
     that this declaration was executed on January 5, 2007, at San
8
     Jose, California.
9
                         _Rebecca A. Fuller_____
10                        Rebecca A. Fuller

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28