1  Chad E. Starkey (#196170)
   BOWMAN AND BROOKE LLP
2  1741 Technology Drive, Suite 200
   San Jose, CA 95110-1355
3  Telephone: (408) 279-5393
   Facsimile: (408) 279-5845
4

5  Attorneys for Defendant
   Kay Chemical Company
6

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10 RENE FLORES                        )   Case No. C-07-0038 JSW
11                                     )
            Plaintiff,                 )   **DEFENDANT KAY CHEMICAL**
12                                     )   **COMPANY'S ANSWER TO PLAINTIFF'S**
   vs.                                 )   **COMPLAINT**
13                                     )
   KAY CHEMICAL COMPANY, and           )
14 Does 1 – 100                        )
                                       )
15          Defendants.                )
16 _____    )

17        **KAY CHEMCIAL COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT**

18     NOW COMES Defendant KAY CHEMICAL COMPANY, by and through its counsel of

19 record, and responds to Plaintiff's Complaint as follows:

20                              FIRST DEFENSE

21     Plaintiff's Complaint fails to state a claim against this Defendant upon which relief may

22 be granted, and therefore the Complaint must be dismissed.

23                             SECOND DEFENSE

24     Any injuries sustained by Plaintiff were a result of Plaintiff's failure to exercise due care

25

26 for his own safety.

27 / / /

28 / / /

## THIRD DEFENSE

The sole proximate cause or contributing proximate cause of the accident and Plaintiff's alleged injuries and damages were the acts or omissions of third persons over whom this defendant exercised no control and for whose conduct this defendant bears no responsibility.

## FOURTH DEFENSE

Plaintiff's own negligence was the sole proximate cause, or a contributing proximate cause, of the accident and his alleged injuries.

## FIFTH DEFENSE

Plaintiff's alleged injuries and damages resulted, in whole or in part, from the culpable conduct of the Plaintiff and/or third parties, and not from any negligence or breach of legal duty on the part of this defendant.  Alternatively, this defendant is entitled to a comparative apportionment of responsibility, fault or causation as to the Plaintiff, other defendants, including settling defendants, and third parties.  Further, this defendant is entitled to a credit, pro rata reduction or percentage reduction for any amounts paid by settling defendants or third parties.

## SIXTH DEFENSE

Plaintiff failed to mitigate his damages, if any.

## SEVENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrine of preemption.

## EIGHTH DEFENSE

Answering the numbered paragraphs of Plaintiff's Complaint, Defendant KAY CHEMCIAL COMPANY shows the Court the following:

1.

KAY CHEMICAL COMPANY is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 1 of the Complaint.

/ / /

2.

KAY CHEMICAL COMPANY admits the allegations in Paragraph 2 of the Complaint.

3.

As to Paragraph 3 of the Complaint, KAY CHEMICAL COMPANY admits that Plaintiff Rene Flores is a competent adult. KAY CHEMICAL COMPANY is informed and believes that Plaintiff Rene Flores is a citizen and resident of the State of California.

4.

KAY CHEMICAL COMPANY is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4 of the Complaint.

5.

KAY CHEMICAL COMPANY admits the allegations in Paragraph 5 of the Complaint with respect to Defendant's business form.

6.

KAY CHEMICAL COMPANY is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6 of the Complaint.

7.

KAY CHEMICAL COMPANY is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7 of the Complaint.

8.

KAY CHEMICAL COMPANY is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8 of the Complaint.

9.

KAY CHEMICAL COMPANY is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9 of the Complaint.

/ / /

10.

KAY CHEMICAL COMPANY is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10 of the Complaint.

11.

KAY CHEMICAL COMPANY is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11 of the Complaint.

12.

KAY CHEMICAL COMPANY is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12 of the Complaint.

13.

KAY CHEMICAL COMPANY is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13 of the Complaint.

14.

KAY CHEMICAL COMPANY is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14 of the Complaint.  KAY CHEMICAL COMPANY, however, does deny that it is responsible for Plaintiff's alleged injuries and/or damages.

15.

KAY CHEMICAL COMPANY is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15 of the Complaint.

**COUNT ONE – General Negligence**

16.

KAY CHEMICAL COMPANY realleges and incorporates herein its responses to paragraphs 1 through 15 of Plaintiff's Complaint.

///

17.

KAY CHEMICAL COMPANY is without knowledge or information sufficient to form a belief as to the truth of the allegations in the General Negligence cause of action attachment to the Complaint.  Defendant does not yet know what chemicals were supplied, when the chemicals were supplied, who supplied the chemicals, and what type of exposure Plaintiff allegedly experienced.  Defendant does deny that it failed to properly warn Plaintiff as all of its products comply with all warning requirements.  Defendant also denies that the dishwashing machines, detergent and other chemicals were or are "dangerous."   Finally, Defendant denies that it is responsible for Plaintiff's injuries and damages, if any.

## COUNT TWO – Products Liability

18.

KAY CHEMICAL COMPANY realleges and incorporates herein its responses to paragraphs 1 through 17 of Plaintiff's Complaint.

19.

KAY CHEMICAL COMPANY is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph Prod.L-1 in the Products Liability attachment to the Complaint.  Defendant does not yet know what chemicals were supplied, when the chemicals were supplied, who supplied the chemicals, and what type of exposure Plaintiff allegedly experienced.  Defendant does deny that it failed to properly warn Plaintiff as all of its products comply with all warning requirements.  Defendant also denies that the dishwashing machines, detergent and other chemicals were or are "dangerous."   Finally, Defendant denies that it is responsible for Plaintiff's injuries and damages, if any.

20.

As to Paragraph Prod.L-2 in the Products Liability attachment to the Complaint, Defendant denies that it knew the "product would be purchased and used without inspection for

1    defects."  In addition, Defendant denies that "the product was defective when it left the control

2    of each defendant."  Defendant further denies that it failed to properly warn Plaintiff as all of its

3    products comply with all warning requirements.  KAY CHEMICAL COMPANY is without

4    knowledge or information sufficient to form a belief as to the truth of the remaining allegations in

5    Paragraph Prod.L-2.

6                                                            21.

7        As to Paragraph Prod.L-3 in the Products Liability attachment to the Complaint,

8    Defendant denies that Plaintiff "was the purchaser of the product."  KAY CHEMICAL

9    COMPANY is without knowledge or information sufficient to form a belief as to the truth of the

10   remaining allegations in Paragraph Prod.L-3.

11                                                           22.

12       KAY CHEMICAL COMPANY is without knowledge or information sufficient to form a

13   belief as to the truth of the allegations in Paragraph Prod.L-4 in the Products Liability

14   attachment to the Complaint.

15                                                           23.

16       KAY CHEMICAL COMPANY is without knowledge or information sufficient to form a

17   belief as to the truth of the allegations in Paragraph Prod.L-5 in the Products Liability

18   attachment to the Complaint.

19                                                           24.

20       As to Paragraph Prod.L-6 in the Products Liability attachment to the Complaint,

21   Defendant denies that it made an oral express warranty.  KAY CHEMICAL COMPANY is

22   without knowledge or information sufficient to form a belief as to the truth of the remaining

23   allegations in Paragraph Prod.L-6.

24   / / /

25   / / /

25.

KAY CHEMICAL COMPANY is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph Prod.L-7 in the Products Liability attachment to the Complaint.

## DEMAND FOR JURY TRIAL

Pursuant to the Federal Rules of Civil Procedure, KAY CHEMICAL COMPANY hereby demands a jury trial on all of the triable issues.

WHEREFORE Defendant KAY CHEMICAL COMPANY denies that Plaintiff is entitled to the relief sought in his prayer for relief and denies each and every allegation in Plaintiff's Complaint which is not specifically admitted or otherwise answered herein.  KAY CHEMICAL COMPANY prays that the Court dismiss Plaintiff's Complaint as against it and that the Court grant such other and further relief as it deems just.

This 9th day of January, 2007.

Chad Starkey
State Bar No. 196170
**Attorney for Defendant Kay Chemical Company**
Bowman and Brooke LLP
1741 Technology Drive, Suite 200
San Jose, CA  95110

::ODMA\PCDOCS\SJO\183457\1                 7
ANSWER TO PLAINTIFF'S COMPLAINT