1  **STEVEN R. JACOBSEN**
   BAR NO. 95246
2  LAW OFFICES OF STEVEN R. JACOBSEN
   901 CLAY STREET
3  OAKLAND, CALIFORNIA 94607
   (510) 465-1500
4
   ATTORNEYS FOR PLAINTIFF
5  RENE FLORES

6

7

8                AIN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DITRICT OF CALIFORNIA

10

11

12 | RENE FLORES,                ) Case No.: C 07-00038 JSW
                                  )
13 |         Plaintiff,            ) PROOF OF SERVICE ON ORDER
                                  ) SETTING CASE MANAGEMENT
14 |     vs.                       ) CONFERENCE AND REQUIRING
                                  ) JOINT CASE MANAGEMENT
15 | SWAT I. PATEL, M.D., et. al., ) CONFERENCE STATEMENT
                                  )
16 |         Defendants.           )
                                  )

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

-1-
PROOF OF SERVICE

PROOF OF SERVICE BY MAIL - C.C.P. 1013a, 2015.5

I declare under penalty of perjury, under the laws of the State of California, that: I am employed in the County of Alameda; I am over the age of eighteen years and not a party to the within action; my business address is 901 Clay Street, Oakland, California 94607; on the date below written I served copies of the attached

**ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING CASE MANAGEMENT CONFERENCE STATEMENT**

on all parties to the within action by placing true copies thereof in sealed envelopes, with postage fully prepaid, in the United States mail at Oakland, California, addressed as follows:

Chad E. Starkey, Esq.                     Counsel for defendant
BOWMAN AND BROOKE, LLP        KAY CHEMICAL COMPANY
1741 Technology Dr., Suite 200
San Jose, CA 95110-1355

Executed at Oakland, California on January 11, 2007.

                                                Patricia Davila  //ss//