# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**          **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: May 4, 2007          **Court Reporter**: Jim Yeomans

**CASE NO. C- 07-0038 JSW**

**TITLE:** Rene Flores v. Kay Chemical Company

**COUNSEL FOR PLAINTIFF:**          **COUNSEL FOR DEFENDANT:**

Catherine Douat          Chad Starkey

**PROCEEDINGS: Initial Case Management Conference**

**RESULTS:** Counsel shall consult with their client and submit a joint consent /declination for assignment to a Magistrate Judge for all purposes by 5-11-07.

Counsel for defendant shall advise the Court re: private mediation with payment proposal by 5-11-07.

Court connected mediation to be completed by 9-28-07
Close of fact discovery: 10-31-07
Expert disclosures: 12-1-07
Close of expert discovery: 1-2-08
Hearing on Dispositive Motions: 2-1-08 at 9:00 a.m.
Further Case Management Conference: 2-1-08 at 9:00 a.m.
Joint Case Management Statement due: 1-25-08
Pretrial Conference: 4-14-08 at 2:00 p.m.
Jury Trial: 5-5-08 at 8:30 a.m. (4 days)

**REFERRALS:**

[X] **Case referred to ADR for court-connected mediation to be completed by 9-28-07**.