1  Chad E. Starkey (#196170)
   BOWMAN AND BROOKE LLP
2  1741 Technology Drive, Suite 200
   San Jose, CA 95110-1355
3  Telephone: (408) 279-5393
   Facsimile: (408) 279-5845
4
5  Attorneys for Defendant
   Kay Chemical Company
6
7  STEVEN R. JACOBSEN, Bar No. 95246
   CATHERINE R. DOUAT, Bar No. 129134
   Law Offices of Steven R. Jacobsen
8  901 Clay Street
   Oakland, California 94607
9  (510) 465-1500
10
   Attorneys for Plaintiff
11 RENE FLORES

12

13                  UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15 RENE FLORES                        ) Case No. C-07-0038 JSW
                                      )
16        Plaintiff,                  )
                                      ) **STIPULATION RE SUBMITTING TO**
17                                    ) **MAGISTRATE JUDGE FOR ALL**
   vs.                                ) **PURPOSES AND COURT SPONSORED**
18                                    ) **MEDIATION**
   KAY CHEMICAL COMPANY, and          )
19 Does 1 – 100                       )
                                      )
20        Defendants.                 )
                                      )
21 _____  )

22      In compliance with the court's Minute Order issued following the Initial Case

23 Management Conference held on May 4, 2007, the parties hereby stipulate to having a

24 magistrate judge conduct the proceedings, including trial, in this matter. The parties have

25 further agreed to proceed before Magistrate Judge Wayne D. Brazil for all purposes.

26 ///

27 ///

28

1 | In addition, both parties agree to submit to court-sponsored mediation.

Dated: May 8, 2007

LAW OFFICES OF STEVEN R. JACOBSEN

*/s/ Catherine Douat*
Catherine Douat
Attorneys for Plaintiff
RENE FLORES

Dated: May 8, 2007

BOWMAN AND BROOKE LLP

*/s/ Chad E. Starkey*
Chad E. Starkey
Attorneys for Defendant
KAY CHEMICAL COMPANY

IT IS SO ORDERED.

Dated: _____, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE