<strong>United States District Court</strong><br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE FLORES,<br><br>    Plaintiff,<br><br>v.<br><br>KAY CHEMICAL COMPANY and DOES 1-100,<br><br>    Defendants.<br>_____/ | No. C 07-00038 JSW<br><br>**ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR ALL PURPOSES** |

    Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this matter is HEREBY REFERRED to Magistrate Judge Wayne D. Brazil for all further proceedings.

    **IT IS SO ORDERED.**

Dated: May 10, 2007

                                                        JEFFREY S. WHITE<br>
                                                        UNITED STATES DISTRICT JUDGE

cc:    Wings Hom