**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

---

www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking | General Court Number |
| Clerk | 415.522.2000 |

**May 11, 2007**

**CASE NUMBER:  CV 07-00038 JSW**
**CASE TITLE:  RENE FLORES-v-KAY CHEMICAL COMPANY**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable Wayne D. Brazil** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **WDB** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 5/11/07

FOR THE EXECUTIVE COMMITTEE:

_____Richard W. Wieking_____
                                              Clerk


NEW CASE FILE CLERK:

| | |
|---|---|
| Copies to: Courtroom Deputies | Special Projects |
| Log Book Noted | Entered in Computer 5/11/07ha |

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                    Transferor CSA