UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RENE FLORES.,

       Plaintiff,

  v.

KAY CHEMICAL COMPANY, et. al.

       Defendants.
_____/

No.  07-00038 WDB

NOTICE RE CASE MANAGEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter has been referred to Magistrate Judge Wayne D. Brazil for all purposes up to and including trial.  A case management conference is now set for **Wednesday, May 30, 2007, at 1:30 p.m.** in Courtroom 4, 3rd Floor, United States Courthouse, 1301 Clay Street, Oakland, California 94612.  Lead trial counsel for each party must be present at the Conference.  The parties also should review Judge Brazil's Standing Order, which can be found on the Court's website at www.cand.uscourts.gov.

Dated: May 14, 2007

Richard W. Wieking, Clerk
United States District Court

*Sarah Weinstein*

By:  Sarah Weinstein
     Law Clerk

Copies to: Parties
          WDB
           Stats