**United States District Court**
**Northern District of California**

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Flores, | 07-00038 WDB MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Kay Chemical Company, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Mark Penskar**
PG&E
77 Beale Street, B30A
San Francisco, CA 94105
415-972-5672
mhp5@pge.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-00038 WDB MED               - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: May 23, 2007

RICHARD W. WIEKING
Clerk
by:  Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-00038 WDB MED                          - 2 -