UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE JUDGE WAYNE D. BRAZIL**

CIVIL MINUTE ORDER

Date: May 30, 2007                            Time: 1:30 p.m.

DOCKET NO.         C 07-00038 WDB
TITLE OF CASE      *Flores v. Kay Chemical Co.*

ATTORNEY(S)        For Plaintiff:  Catherine Douat, Esq.

                   For Defendant: Chad Starkey, Esq.


FTR: 5/30/07, 1:30 p.m.                  Hearing:    (X) In Person  (X) Telephone

PROCEEDINGS

[X] INITIAL CASE MANAGEMENT CONFERENCE
[] FOLLOW-UP STATUS CONFERENCE
[] PRETRIAL CONF. (NOT FINAL)              [] DISCOVERY CONF. (INFORMAL)
[] FINAL PRETRIAL CONFERENCE               [] DISCOVERY HEARING (FORMAL)
[] NONDISPOSITIVE MOTION (ORDER ONLY)      [] EXAM. OF JUDGMENT DEBTOR
[] NONDISPOSITIVE MOTION (OPINION)         [] EVIDENTIARY HEARING
[] OTHER:


ORDER TO BE PREPARED BY:  () Plaintiff    () Defendant    (x) Court


**NOTES**

Court conducted Initial Case Management Conference.  See later-filed separate order.

1