1 | Chad E. Starkey (#196170)
BOWMAN AND BROOKE LLP
2 | 1741 Technology Drive, Suite 200
San Jose, CA 95110-1355
3 | Telephone: (408) 279-5393
Facsimile: (408) 279-5845
4

5 | Attorneys for Defendant
Kay Chemical Company
6

7 | STEVEN R. JACOBSEN, Bar No. 95246
CATHERINE R. DOUAT, Bar No. 129134
Law Offices of Steven R. Jacobsen
8 | 901 Clay Street
Oakland, California 94607
9 | (510) 465-1500

10 | Attorneys for Plaintiff
RENE FLORES
11

12

13 | UNITED STATES DISTRICT COURT

14 | NORTHERN DISTRICT OF CALIFORNIA

15 | RENE FLORES                                  )   Case No. C-07-0038 JSW
                                                 )
16 |          Plaintiff,                          )   **STIPULATION TO CONTINUE THE**
                                                 )   **MEDIATION DATE**
17 | vs.                                          )
                                                 )
18 | KAY CHEMICAL COMPANY, and                    )
     Does 1 – 100                                )
19 |                                              )
                                                 )
20 |          Defendants.                         )
     _____          )
21

         The parties and the mediator, Mark H. Penskar, hereby stipulate to continue the date on
22
which to mediate this matter to December 31, 2007. The current date for the mediation to be
23
completed is September 28, 2007. The plaintiff has an ongoing workers compensation claim
24
which has been recently filed. The plaintiff is under the care of physicians who have not yet
25
reached a diagnosis or prognosis of the plaintiff's injuries. Absent medical information and the
26
extent of the workers compensation lien, the parties are not able to meaningfully mediate this
27
matter before December 31, 2007,
28

| | | |
|---|---|---|
| 1 | Dated: August 16, 2007 | LAW OFFICES OF STEVEN R. JACOBSEN |
| 2 | | |
| 3 | |    //s//     Catherine R. Douat<br>Catherine Douat |
| 4 | | Attorneys for Plaintiff<br>RENE FLORES |

Dated: August 17, 2007          BOWMAN AND BROOKE LLP

                                       //s//    Chad E. Starkey
                                        Chad E. Starkey
                                     Attorneys for Defendant
                                     KAY CHEMICAL COMPANY

Dated: August 20, 2007          PACIFIC GAS AND ELECTRIC COMPANY

                                     //s//    Mark H. Penskar
                                     Mark H. Penskar
                                     Mediator

IT IS SO ORDERED.

Dated: _____, 2007          _____
                                                                         WAYNE BRAZIL
                                          UNITED STATES DISTRICT MAGISTRATE