1  Chad E. Starkey (#196170)
   BOWMAN AND BROOKE LLP
2  1741 Technology Drive, Suite 200
   San Jose, CA  95110-1355
3  Telephone:  (408) 279-5393
   Facsimile:  (408) 279-5845
4
5  Attorneys for Defendant
   Kay Chemical Company
6
   STEVEN R. JACOBSEN, Bar No. 95246
7  CATHERINE R. DOUAT, Bar No. 129134
   Law Offices of Steven R. Jacobsen
8  901 Clay Street
   Oakland, California 94607
9  (510) 465-1500
10
   Attorneys for Plaintiff
11 RENE FLORES
12
13                  UNITED STATES DISTRICT COURT
14                  NORTHERN DISTRICT OF CALIFORNIA

15 RENE FLORES                             )  Case No.  C-07-0038 JSW
                                           )
16        Plaintiff,                       )  **STIPULATION TO CONTINUE THE**
                                           )  **MEDIATION DATE**
17 vs.                                     )
                                           )
18                                         )
   KAY CHEMICAL COMPANY, and               )
19 Does 1 – 100                            )
                                           )
20        Defendants.                      )
   _____ )
21
22        The parties and the mediator, Mark H. Penskar, hereby stipulate to continue the date on
23 which to mediate this matter to December 31, 2007.  The current date for the mediation to be
24 completed is September 28, 2007.  The plaintiff has an ongoing workers compensation claim
25 which has been recently filed.  The plaintiff is under the care of physicians who have not yet
26 reached a diagnosis or prognosis of the plaintiff's injuries.  Absent medical information and the
27 extent of the workers compensation lien, the parties are not able to meaningfully mediate this
28 matter before December 31, 2007,

| | |
|---|---|
| 1  Dated: August 16, 2007 | LAW OFFICES OF STEVEN R. JACOBSEN |
| | |
| | //s//    Catherine R. Douat |
| | Catherine Douat |
| | Attorneys for Plaintiff |
| | RENE FLORES |
| | |
| 6  Dated: August 17, 2007 | BOWMAN AND BROOKE LLP |
| | |
| | //s//    Chad E. Starkey |
| | Chad E. Starkey |
| | Attorneys for Defendant |
| | KAY CHEMICAL COMPANY |
| Dated: August 20, 2007 | PACIFIC GAS AND ELECTRIC COMPANY |
| | |
| | //s//    Mark H. Penskar |
| | Mark H. Penskar |
| | Mediator |

IT IS SO ORDERED.

Dated: _8-22-_____, 2007

_____
WAYNE BRAZIL
UNITED STATES DISTRICT MAGISTRATE