1  Chad E. Starkey (#196170)
   BOWMAN AND BROOKE LLP
2  1741 Technology Drive, Suite 200
   San Jose, CA 95110-1355
3  Telephone: (408) 279-5393
   Facsimile: (408) 279-5845
4
   Attorneys for Defendant
5  Kay Chemical Company

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 RENE FLORES                    )  Case No. C-07-0038 WDB
                                  )
11         Plaintiff,             )
                                  )
12 vs.                            )  STIPULATION OF DISMISSAL WITH
                                  )  PREJUDICE
13 KAY CHEMICAL COMPANY, and      )
   Does 1 – 100                   )
14                                )
           Defendants.            )
15 _____)

16     IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto,

17 through their respective counsel, that the above-captioned action may be dismissed with

18 prejudice~~ and on the merits~~.

19     IT IS HEREBY FURTHER STIPULATED AND AGREED by and between the parties

20 hereto, through their respective counsel, that the Court, without additional notice to any party,

21 may enter an Order dismissing this action with prejudice~~ and on the merits~~.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

::ODMA\PCDOCS\SJO\198610\1            1
              STIPULATION OF DISMISSAL WITH PREJUDICE

1  IT IS HEREBY FURTHER STIPULATED AND AGREED by and between the parties
2  hereto, through their respective counsel, that Plaintiff and defendant Kay Chemical Company
3  will each bear their own fees and costs.
4
5  Dated: 10/9/07                                         Law Offices of Steven R. Jacobsen
6
7                                                         *(signature)*
                                                          Catherine Douat
                                                          Attorneys for Plaintiff
8                                                         Rene Flores
9
10 Dated: 10/9/07                                         BOWMAN AND BROOKE LLP
11
12                                                        *(signature)*
                                                          Chad E. Starkey
13                                                        Attorneys for Defendant
                                                          Kay Chemical Company

::ODMA\PCDOCS\SJO\198610\1                  2
STIPULATION OF DISMISSAL WITH PREJUDICE