Chad E. Starkey (#196170)
BOWMAN AND BROOKE LLP
1741 Technology Drive, Suite 200
San Jose, CA 95110-1355
Telephone: (408) 279-5393
Facsimile: (408) 279-5845

Attorneys for Defendant
Kay Chemical Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE FLORES,<br><br>Plaintiff,<br><br>vs.<br><br>KAY CHEMICAL COMPANY, and Does 1 – 100<br><br>Defendants. | Case No. C-07-0038 WDB<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY ORDERED, based upon the parties' Stipulation of Dismissal With Prejudice, that:

1. The above-captioned action shall be and is hereby dismissed with prejudice; and

2. The parties hereto, through their respective counsel, will bear their own fees and costs.

~~LET JUDGMENT BE ENTERED ACCORDINGLY.~~

Dated: October 10, 2007.

BY THE COURT:

Hon. Wayne D. Brazil
United States District Judge

::ODMA\PCDOCS\SJO\198611\1      1

ORDER OF DISMISSAL WITH PREJUDICE